JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
ROBERT RODRIGUEZ, SBN 305101
robert.rodriguez@ogletree.com
BRITTANY M. JOHNSON, SBN 318274
brittany.johnson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
WALMART INC. (formerly known as Wal-Mart Stores, Inc.)

MARK P. VELEZ, SBN 163484
velezlaw@live.com
NATALYA V. GRUNWALD, SBN 265084
THE VELEZ LAW FIRM, PC
3010 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone:     916-774-2720
Facsimile:      916-774-2730

Attorneys for Plaintiffs
STEPHEN BUSCHMANN and
SYLVIA BUSCHMANN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSCHMANN, SLYVIA BUSCHMANN<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., et al.<br><br>Defendants. | Case No. 2:23-cv-01451-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES**<br><br>Action Filed:  March 21, 2022<br>Trial Date:     None set |

**ORDER**

The Court, having reviewed the Parties' amended stipulation and good cause appearing therefor, hereby ORDERS The Court's Scheduling Order in this action (ECF No. 14) shall be modified as follows:

1. The fact discovery cutoff is continued to October 15, 2024;
2. The expert disclosure deadline is continued to November 12, 2024;
3. The supplemental expert disclosure deadline is continued to December 10, 2024;
4. The deadline to complete all expert discovery is continued to January 7, 2025;
5. The deadline to file dispositive motions is continued to March 21, 2025;
6. The deadline for the hearing of dispositive motions is continued to May 1, 2025;
7. The final pretrial conference is continued to July 31, 2025, at 1:30 PM; and
8. The trial is continued to September 22, 2025, at 8:30 AM.

**IT IS SO ORDERED.**

Dated: August 28, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE