JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
ROBERT RODRIGUEZ, SBN 305101
robert.rodriguez@ogletree.com
BRITTANY M. JOHNSON, SBN 318274
Brittany.johnson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
WALMART INC. (formerly known as Wal-Mart Stores, Inc.)

MARK P. VELEZ, SBN 163484
velezlaw@live.com
NATALYA V. GRUNWALD, SBN 265084
THE VELEZ LAW FIRM, PC
2999 Douglas Blvd., Suite 320
Roseville, CA 95661
Telephone:     916-774-2720
Facsimile:      916-774-2730

Attorneys for Plaintiffs
STEPHEN BUSCHMANN and
SYLVIA BUSCHMANN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSCHMANN, SLYVIA BUSCHMANN<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., et al.<br><br>Defendants. | Case No. 2:23-cv-01451-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCOVERY TO CONDUCT MEDIATION**<br><br>Action Filed:  March 21, 2022<br>Trial Date:      February 2, 2026 |

**ORDER**

The Court, having reviewed the Parties' Stipulation and good cause appearing therefor, hereby ORDERS The Court's Scheduling Order in this action shall be modified as follows:

1. Initial expert disclosure is continued to April 25, 2025;
2. Supplemental expert disclosure is continued to May 23, 2025;
3. Expert discovery cutoff is continued to June 20, 2025;
4. Dispositive motion filing deadline is continued to July 29, 2025;
5. Dispositive motion hearing deadline is continued to September 18, 2025 at 1:30 pm;
6. Final pretrial conference is continued to November 20, 2025 at 1:30 pm; and
7. The trial is set for February 2, 2026 at 8:30 am.

**IT IS SO ORDERED.**

Dated:  January 30, 2025                 /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE